UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
TRATHONY GRIFFIN, MICHAEL GODWIN, and
FRANK CALLACE,   CV-11-1844 (MKB)(WDW)

        Plaintiffs,

    - against -

        <u>NOTICE OF MOTION</u>

SIRVA, INC.; ALLIED VAN LINES, INC.; and
ASTRO MOVING AND STORAGE CO., INC.,

        Defendants.
---------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the Complaint, the accompanying Memorandum of Law, the Declarations of Stuart Lichten and Trathony Griffin, dated August 31, 2012, and Michael Godwin, dated August 27, 2012, and upon all of the prior pleadings and proceedings in this action, plaintiffs Trathony Griffin and Michael Godwin shall move this Court, before the Honorable Margo K. Brodie, at a time and on a date to be determined by the Court, at 225 Cadman Plaza East, Brooklyn, New York 11201, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an order granting plaintiffs Trathony Griffin and Michael Godwin summary judgment on liability on plaintiff's Sixth Cause of Action.

Dated: New York, New York
      September 7, 2012

                            LICHTEN & BRIGHT, P.C.
                            Attorneys for Plaintiffs

                        By: _____
                            Stuart Lichten (SL-1258)
                            475 Park Avenue South - 17th Floor
                            New York, New York 10016
                            (646) 588-4872

TO: George W. Wright, Esq.
GEORGE W. WRIGHT & ASSOCIATES
Attorneys for Defendants SIRVA, Inc., and Allied Van Lines, Inc.
505 Main Street
Hackensack, New Jersey 07601

Hyman Hacker, Esq.
ALBANESE & ALBANESE, LLP
Attorneys for Defendant Astro Moving and Storage Co., Inc.
1050 Franklin Avenue
Garden City, New York 11530